IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00529-BNB

ERIC ADAMS,

      Applicant,

v.

BLAKE R. DAVIS, Warden,

      Respondent.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Eric Adams, is a prisoner in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence in Colorado. Mr. Adams, acting **pro se**, filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court must construe the Application liberally because Mr. Adams is a **pro se** litigant. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a **pro se** litigant's advocate. See **Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Adams will be ordered to file an Amended Application.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Adams go beyond notice pleading. See **Blackledge v. Allison**, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. See **Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Adams must allege **on the Court-approved form** both the claims he seeks to raise and the specific facts to

support each asserted claim. The Court has reviewed the Application submitted to the Court on March 3, 2011, and finds that it is deficient. Mr. Adams fails to assert on Pages Two through Four a statement of the claims he intends to raise in this Court.

The Court is not responsible for reviewing any attached documents submitted by Mr. Adams to determine what claims and specific facts he intends to raise in the instant action. Therefore, Mr. Adams will be ordered to file an Amended Application in which he identifies, **on the Court-approved form**, all the specific claims for relief that he is asserting, and in which he provides specific facts in support of each asserted claim. Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Mr. Adams file an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Adams, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Adams fails within the time allowed to file an Amended Application, as directed above, the action will be dismissed without further notice.

DATED March 15, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00529-BNB

Eric Adams
Reg. No. 44221-053
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 form** to the above-named individuals on March 15, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk