**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00529-LTB

ERIC ADAMS,

      Applicant,

      v.

BLAKE R. DAVIS, Warden,

      Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      The Application was denied and the action dismissed in this case on May 19, 2011.  All pending motions, therefore, are DENIED as moot.

Dated:  May 20, 2011